Exhibit "A"

| | | 13-WEEK BUDGET ESTIMATE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/2-10/8 | 10/9-10/15 | 10/16-10/22 | 10/23-10/29 | 10/30-11/5 | 11/6-11/12 | 11/13-11/19 | 11/20-11/26 | 11/27-12/3 | 12/4-12/10 | 12/11-12/17 | 12/18-12/24 | 12/25-12/31 | TOTAL |
| **BEGINNING CASH BALANCE** | | $151,719.40 | $142,349.59 | $143,849.59 | $148,435.04 | $169,075.04 | $177,505.23 | $179,005.23 | $186,963.43 | $210,230.68 | $212,520.87 | $214,020.87 | $240,520.87 | $266,148.12 | |
| **CASH COLLECTION** | | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $122,500.00 | $1,592,500 |
| *Wholesale Cash Collection* | | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $1,560,000 |
| *Shopify Cash Collection* | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $32,500 |
| **EXPENSES** | | | | | | | | | | | | | | | |
| | Secured Lending (SBA) | $753.00 | | | | $753.00 | | | | $753.00 | | | | | $2,259 |
| | Credit Card Payments | | $2,000.00 | | $2,000.00 | $2,000.00 | | $2,000.00 | $2,000.00 | | | $2,000.00 | | | $12,000 |
| | Credit Card Processing | $9,000.00 | | | | $9,000.00 | | | | | $9,000.00 | | | | $27,000 |
| | Rent & Utilities | | $20,000.00 | | | | $20,000.00 | | | | | $20,000.00 | | | $60,000 |
| PRODUCTION | Payroll | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $422,500 |
| | Raw Materials, Direct Labor & Finished G... | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | | $420,000 |
| | Exenta | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | | $30,000 |
| | Shipping | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | | $102,000 |
| FINANCIAL & LEGAL | Grassi | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | | $30,000 |
| | Lipsteinn | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | | $30,000 |
| | Jenn Weinberg | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | | $18,000 |
| | Adelman Matz | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | | | | | | | | | | $20,000 |
| | Cross & Simon | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $65,000 |
| | Trustee Fee | $10,000.00 | | | | $5,000.00 | | | | | | | | $5,000.00 | $20,000 |
| INSURANCE | Oxford Health Insurance | | | $18,541.80 | | | | $18,541.80 | | $13,140.00 | | | | | $50,224 |
| | NYSIF | | | | | $1,800.00 | | | | $1,800.00 | | | | | $3,600 |
| | Hartford | $3,378.21 | | | | $3,378.21 | | | | $3,378.21 | | | | | $10,135 |
| | PHLY | | | $2,372.75 | | | | | $2,372.75 | | | | $2,372.75 | | $7,118 |
| | IPFS | $4,838.60 | | | | $4,838.60 | | | | | $4,838.60 | | | | $14,516 |
| | Guardian | $2,600.00 | | | | | | | | | | | | | $2,600 |
| | Xeno Media | | | | $2,500.00 | | | | $2,500.00 | | | | $2,500.00 | | $7,500 |
| | Shopify | $1,300.00 | | | | $1,300.00 | | | | | $1,300.00 | | | | $3,900 |
| | Amazon Web Services | | $2,000.00 | | | | | $2,000.00 | | | | $2,000.00 | | | $6,000 |
| | Marketing | $3,000.00 | | | | $3,000.00 | | | | | $3,000.00 | | | | $9,000 |
| | IT, Wifi, & Phone | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | | $24,000 |
| | Company Auto | | | | | | $360.00 | | | | | | | $360.00 | $1,080 |
| **Total Expense** | | $131,869.81 | $121,000.00 | $117,914.55 | $101,860.00 | $114,069.81 | $121,000.00 | $114,541.80 | $99,232.75 | $120,209.81 | $121,000.00 | $96,000.00 | $96,872.75 | $42,860.00 | $1,398,431.28 |
| **WEEKLY CASH FLOW** | | -$9,370 | $1,500 | $4,585 | $20,640 | $8,430 | $1,500 | $7,958 | $23,267 | $2,290 | $1,500 | $26,500 | $25,627 | $79,640 | |
| **ENDING CASH BALANCE** | | $142,350 | $143,850 | $148,435 | $169,075 | $177,505 | $179,005 | $186,963 | $210,231 | $212,521 | $214,021 | $240,521 | $266,148 | $345,788 | $345,788.12 |