**Fill in this information to identify the case:**

Debtor name  JLM COUTURE, INC.

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known): 23-11659 (JKS)

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................
   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................
   $22,384,884.61

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................
   $22,384,884.61

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................
   $150,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................
   $27,995.34

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................
   **+** $ 1,692,075.17

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b
   $1,870,070.51

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor name __JLM COUTURE, INC.__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): __23-11659 (JKS)__

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $ _____0.00_____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

   Name of institution (bank or brokerage firm)        Type of account         Last 4 digits of account number
   3.1. See attached Exhibit A/B 3 _____  _____  _____  $ _____
   3.2. _____  _____  _____  $ _____

4. **Other cash equivalents** (*Identify all*)

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**                                                     $ ____156,274.54____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. Security deposit (Olmstead Properties) _____  $ ____189,314.00____
   7.2. _____  $ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____

   8.2. _____    $ _____

9. **Total of Part 2.**                                                          $      189,314.00

   Add lines 7 through 8. Copy the total to line 81.

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  232,110.45  −  0.00  = ......➜   $   232,110.45
                              face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:  251,608.12  −  0.00  = ......➜   $   251,608.12
                           face amount       doubtful or uncollectible accounts

12. **Total of Part 3**                                                          $      483,718.57

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. Snowflake, Inc. Class A Common Stock        FMV        $   7,638.50

    14.2. _____              $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. JLM Couture North America, Inc.        100 %        FMV        $   100,000.00

    15.2. JLM UK                                 100 %        FMV        $   0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____              $ _____

    16.2. _____              $ _____

17. **Total of Part 4**                                                          $      107,638.50

    Add lines 14 through 16. Copy the total to line 83.

---

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Fabric and related materials | 7/31/23 <br> MM / DD / YYYY | $ 437,697.00 | FMV | $ 437,697.00 |
| 20. **Work in progress** <br> Unfinished dresses | 7/31/23 <br> MM / DD / YYYY | $ 153,605.00 | FMV | $ 153,605.00 |
| 21. **Finished goods, including goods held for resale** <br> Finished dresses | 7/31/23 <br> MM / DD / YYYY | $ 459,727.00 | FMV | $ 459,727.00 |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,051,029.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Various office furniture and equipment | $ 159,736.00 | FMV | $ 159,736.00 |
| 40. **Office fixtures** | | | |
| | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ 159,736.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 Mercedes (leased)    $ 0.00    FMV    $ 0.00

47.2 _____ $ _____ _____ $ _____

47.3 _____ $ _____ _____ $ _____

47.4 _____ $ _____ _____ $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ $ _____ _____ $ _____

48.2 _____ $ _____ _____ $ _____

49. **Aircraft and accessories**

49.1 _____ $ _____ _____ $ _____

49.2 _____ $ _____ _____ $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $ _____ _____ $ _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 525 Seventh Ave., NY, NY | Lease | $ 0.00 | N/A | $ 0.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Various trademarks and trade secrets | $ Unknown | N/A | $ Unknown |
| **61. Internet domain names and websites**<br>Various websites and social media accounts | $ Unknown | N/A | $ Unknown |
| **62. Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| **65. Goodwill** | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Unknown

American LegalNet, Inc.
www.FormsWorkFlow.com

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☒ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☒ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

Note to Lazaro Perez

| 237,174.00 | – | 0.00 | = ➔ | $  237,174.00 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | $ _____ |
| | Tax year _____ | $ _____ |
| | Tax year _____ | $ _____ |

**73. Interests in insurance policies or annuities**

$ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Causes of Action Against Haley Paige Gutman
    $  20,000,000.00

Nature of claim     Breach of Contract
    20,000,000.0

Amount requested     $ _____0_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ _____

Nature of claim     _____

Amount requested     $ _____

**76. Trusts, equitable or future interests in property**

$ _____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

$ _____

$ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90

$  20,237,174.00

American LegalNet, Inc.
www.FormsWorkFlow.com

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 156,274.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 189,314.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 483,718.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 107,638.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,051,029.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 159,736.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 20,237,174.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 22,384,884.61 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92......................................................... $ 22,384,884.61

American LegalNet, Inc.
www.FormsWorkFlow.com

# EXHIBIT A/B 3

| Bank | Available Balance |
|---|---|
| Sterling 9962 | $89,335.56 |
| Sterling 0544 | $1,156.91 |
| Wells Fargo 4383 | $12,169.62 |
| Wells Fargo 4458 | $40,000.00 |
| Wells Fargo 9889 | $4,360.80 |
| Wells Fargo MM 2686 | $194.34 |
| JLM NA BOA 3232 | ($422.09) |
| JLM BOA MM 0226 | $1,418.38 |
| JLM BOA 9787 | $8,061.02 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| U.S. Small Business Administration | All assets of the Debtor | $ 150,000.00 | $ 150,000.00 |

**Creditor's mailing address**

14925 Kingsport Rd.

Fort Worth, TX 76155

**Describe the lien**

Senior secured note

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**   7/23/2020

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| | | $ | $ |

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines 1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional**

$                                          150,000.00

American LegalNet, Inc.
www.FormsWorkFlow.com

Fill in this information to identify the case:

Debtor        JLM COUTURE, INC.
United States Bankruptcy Court for
the:                                           District of    DE
                                                            (State)

Case number    23-11659 (JKS)
(If known)

☐ Check if this
is an amended
filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
the claim is:

Delaware Secretary Of State
P.O. Box 5509
Binghamton, NY 13902-5509

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (⑧)

As of the petition filing date,
$                                    4,944.00       $              4,944.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
the claim is:

NYC Department Of Finance
P.O. Box 5564
Binghamton, NY 13902-5564

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (⑧)

As of the petition filing date,
$                                    23,001.34      $              23,001.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
the claim is:

NYC Dept. Of Finance
59 Maiden Lane -28 Floor
New York, NY 10038

_____

As of the petition filing date,
$                                    50.00          $              50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) (⑧)

**Basis for the claim:**

Tax
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor | JLM COUTURE, INC. | Case number (*if known*) | 23-11659 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

**Nonpriority creditor's name and mailing address**

1 Life Fire Safety, Corp
P.O. Box 8299
Long Island City, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 798.05

### 3.2

**Nonpriority creditor's name and mailing address**

4imprint, Inc
25303 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 212.18

### 3.3

**Nonpriority creditor's name and mailing address**

Action Carting Environmental Services
300 Frank W. Burr Boulevard, Suite 39
Teaneck, NJ 07666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,448.98

### 3.4

**Nonpriority creditor's name and mailing address**

Adelman Matz P.C.
1173A Second Avenue
Suite 153
New York, NY 10065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,344.10

### 3.5

**Nonpriority creditor's name and mailing address**

Albert Guegain And Fils S.A
3, Rue De La Republique
Villers Outreaux  59142
France

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 865.26

**3.6** Nonpriority creditor's name and mailing address

Allied Sample Card Co., Inc.
Brooklyn Army Terminal
140 58th Street, Suite 3M
Brooklyn, NY 11220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $            1,059.80

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

American Sewing Supply
224 West 35th Street, Suite 806
New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $            3,158.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Armstrong Communication Systems Inc
135 West 26th Street, Suite 10-D
New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $            2,514.81

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Artvale
36 West 37th Street, Suite 401
New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $            1,500.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Attract Research
1127 Washington Street, Unit 5s
Hoboken, NJ 07030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $            2,290.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Attentive Mobile Inc
P.O. Box 200659
Pittsburgh, PA 15251

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          $         1,148.64

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Beck, Douglas
46 Schenck Avenue
Great Neck, NY 11021

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          $         3,925.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Blue Star Silk
108 W 39th St
New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          $         1,609.15

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Brighthouse Financial
565 Taxter Road
Suite 625
Elmsford, NY 10523

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                          $        10,776.06

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

B & R Fabrics LLC
5425 Nw 42nd Ave
Boca Raton, FL 33496

As of the petition filing date, the claim is: $ 2,132.50

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.16** Nonpriority creditor's name and mailing address

Chard Photography
25676 Morales
Mission Viejo, California, 92691

As of the petition filing date, the claim is: $ 1,500.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.17** Nonpriority creditor's name and mailing address

Chaozhou Yada Embroidery Garment Ind. Co.
North 3rd Rd
North Industrial Zone
Chaozhou Gd 521000 China

As of the petition filing date, the claim is: $ 4,899.60

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.18** Nonpriority creditor's name and mailing address

Cision Inc
12051 Indian Creek Court
Beltsville, MD 20705

As of the petition filing date, the claim is: $ 24,710.91

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

American LegalNet, Inc.

**3.19** Nonpriority creditor's name and mailing address

Colortex Lining Inc
360 W 36th St, Store #2
New York, NY 10018

As of the petition filing date, the claim is:
$ 562.50

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

Colonial Tag & Label Co., Inc
425 Northern Boulevard
Suite 36
Great Neck, NY 11021

As of the petition filing date, the claim is:
$ 1,250.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Collard & Roe, P.C.
1077 Northern Boulevard
Roslyn, NY 11576

As of the petition filing date, the claim is:
$ 1,975.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.22** Nonpriority creditor's name and mailing address

Computershare, Inc.
Dept Ch 19228
Palatine, IL 60055-9228

As of the petition filing date, the claim is:
$ 954.64

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

American LegalNet, Inc. 

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 12,246.50 |

**3.23** Nonpriority creditor's name and mailing address

Craco Ellsworth, LLP
7 High Street, Suite 200
Huntington, NY 11743

As of the petition filing date, the claim is:    $ 12,246.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

CWS
4021 Austin Boulevard
Island Park, NY 11558

As of the petition filing date, the claim is:    $ 4,732.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Dick Bailey Services Inc
219 36th Street
Unit 25/Ground Floor
Brooklyn, NY 11232

As of the petition filing date, the claim is:    $ 20,837.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Delta Reliable Maintenance Corp
327 Bedford Ave
Staten Island, NY 10306

As of the petition filing date, the claim is:    $ 6,261.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Is the claim subject to offset?
☒ No
☐ Yes

American LegalNet, Inc.

**3.27** Nonpriority creditor's name and mailing address

DHL Express -USA
16592 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is: $ 13,449.43

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.28** Nonpriority creditor's name and mailing address

Dreams Creation, NY Inc.
325 West 38th Street
Suite 1003
New York, NY 10018

As of the petition filing date, the claim is: $ 1,800.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.29** Nonpriority creditor's name and mailing address

Dzines Tex
14701 Luray Rd
Southwest Ranches, FL 33330

As of the petition filing date, the claim is: $ 1,707.30

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.30** Nonpriority creditor's name and mailing address

Exenta Inc.
P.O. Box 743722
Atlanta, GA 30374

As of the petition filing date, the claim is: $ 51,343.31

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

American LegalNet, Inc.

**3.31** Nonpriority creditor's name and mailing address

Express Air Freight Unlt., Inc.
14720 184th Street
Jamaica, NY 11413

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $     1,500.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

Federal Express
P.O.Box 371461
Pittsburgh, PA 15250-7461

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $     96,052.95

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Filco Carting Corp.
350 Madison Ave, 2nd Floor
Cresskill, NJ 07628

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $     6,555.36

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Finesse Inc.
Jiwraj Heights, No.21,
11th Cross Wilson Garden,
Bangalore - 560027 (INDIA)

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $     1,174.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

American LegalNet, Inc.

| a.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 7,911.60 |
|---|---|---|---|

**a.35** Nonpriority creditor's name and mailing address

Freedom Dress Factory
Chaozhou Avenue
Xiangqiao District
Chaozhou City, GD 521000
China

As of the petition filing date, the claim is: $ 7,911.60

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

---

**a.36** Nonpriority creditor's name and mailing address

Gelmor Trading Co., Inc.
141 West 36th Street
Floor 15
New York, NY 10018-9491

As of the petition filing date, the claim is: $ 994.75

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

---

**a.37** Nonpriority creditor's name and mailing address

Grassi Advisors & Accountants
50 Jericho Quadrangle
Jericho, NY 11753

As of the petition filing date, the claim is: $ 2,182.49

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

---

**a.38** Nonpriority creditor's name and mailing address

Guide Fabrics, Inc.
262 West 38th Street
New York, NY 10018

As of the petition filing date, the claim is: $ 823.75

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

---


American LegalNet, Inc.

| | | |
|---|---|---|

**3.39** Nonpriority creditor's name and mailing address

Gunville, Evan
140 Van Cortlandt Ave West
#5K
Bronx, NY 10463

As of the petition filing date, the claim is:     $ 230.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Gutman, Hayley Paige
c/o Haynes And Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

As of the petition filing date, the claim is:     $ 0.00

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Jenson Logistics, Inc (NY)
150-14 132nd Ave
2nd, FL
Jamaica, NY 11434

As of the petition filing date, the claim is:     $ 8,359.26

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

Johnson Controls Security
P.O. Box 371967
Pittsburgh, PA 15250

As of the petition filing date, the claim is:     $ 6,924.58

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

American LegalNet, Inc.

**3.43** Nonpriority creditor's name and mailing address

Katherine Frank Creative
115 West Lake Drive
Suite 200
Glendale Heights, IL 60139

As of the petition filing date, the claim is:                    $ 1,094.38

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Keevily Spero Whitelaw Inc
500 Mamaroneck Avenue
Harrison, NY 10528

As of the petition filing date, the claim is:                    $ 1,778.68

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Kiss Bride Co., Ltd
3f #21-1 Sec 2 Zhongzheng E Rd
Tamsui Dist New Taipei City  25170
Taiwan

As of the petition filing date, the claim is:                    $ 31,499.25

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Klauber Brothers, Inc.
253 West 35th Street – 11th Floor
New York, NY 10001

As of the petition filing date, the claim is:                    $ 649.99

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

American LegalNet, Inc.

**3.47** | Nonpriority creditor's name and mailing address

Knt Ltd 30/F Ew Intl Tower
120-124 Texaco Road
Tsuen Wan N.T.   China

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:        $        39,402.66

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address

Maldari, Christina
[Address on file]

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:        $        250.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address

Maxx Inv. LLC
2 Oakwood Ct.
Cedar Grove, NJ 07009-1639

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:        $        9,624.10

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address

Midtown Paper Inc.
254 West 35th Street
Floor 10
New York, NY 10001

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:        $        753.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes


American LegalNet, Inc.

| a.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 10,050.00 |

**a.51** Nonpriority creditor's name and mailing address

Muse Management, Inc.
150 Broadway
#1101
New York, NY 10038

As of the petition filing date, the claim is: $ 10,050.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**a.52** Nonpriority creditor's name and mailing address

Nabeeha Exports
Unit No. 12, Haji Bhai Comp. Opp. Municipal
Industrial Estate Bapty Road Grant Rd.
East Mumbai  400 008
India

As of the petition filing date, the claim is: $ 1,470.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**a.53** Nonpriority creditor's name and mailing address

New York Lan Communications
224 West 30th Street
Suite 1209
New York, NY 10001

As of the petition filing date, the claim is: $ 48,345.42

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**a.54** Nonpriority creditor's name and mailing address

Olmstead Properties, Inc.
575 8th Avenue
New York, NY 10018

As of the petition filing date, the claim is: $ 840,072.37

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes


American LegalNet, Inc.

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 61,173.00 |

**Pentex**
7 Charcoal Rd
Norwalk, CT 06854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,015.38 |

**Petroskoy LLC**
119 Valley Forge Way
Deptford, NJ 08096

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 11,793.75 |

**Philadelphia Insurance Companies**
P.O. Box 70251
Philadelphia, PA 19176-0251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 3,164.52 |

**President Industrial Products, LLC.**
200 West Commercial Avenue
Moonachie, NJ 07074

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

American LegalNet, Inc.

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 3,969.69 |

**3.59** Nonpriority creditor's name and mailing address

Preview Textile Group
225 West 37th St
11th Floor
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 3,969.69

---

**3.60** Nonpriority creditor's name and mailing address

Pryor Cashman LLP
7 Times Square
New York, NY 10036

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 17,883.75

---

**3.61** Nonpriority creditor's name and mailing address

Purchase Power
215 S. State Street, Suite 320
Salt Lake City, UT 84111

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 170.90

---

**3.62** Nonpriority creditor's name and mailing address

Reed Longyear
801 Second Avenue
Suite 1415
Seattle, WA 98104

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 972.18

**Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 13,106.95 |
|---|---|---|---|---|

**3.63** Nonpriority creditor's name and mailing address

Reka, NY Inc
315 West 39th Street
Studio 610
New York, NY 10018

As of the petition filing date, the claim is: $ 13,106.95

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.64** Nonpriority creditor's name and mailing address

Rheeva Embroideries Inc.
88 Primrose Lane
Closter, NJ 07624

As of the petition filing date, the claim is: $ 8,176.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.65** Nonpriority creditor's name and mailing address

RMS
P.O. Box 19646
Minneapolis, MN 55419

As of the petition filing date, the claim is: $ 3,143.26

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.66** Nonpriority creditor's name and mailing address

Rymer Packaging, LLC.
P.O. Box 387
East Rockaway, NY 11518

As of the petition filing date, the claim is: $ 4,001.88

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---


American LegalNet, Inc.

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 5,980.00 |
|---|---|---|---|---|

**3.67** Nonpriority creditor's name and mailing address

S&S Healthcare Strategies, Ltd
1385 Kemper Meadow Drive
Cincinnati, OH 45240

As of the petition filing date, the claim is: $ 5,980.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____
Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Sai Silks Inc.
69-72 75 Street
Middle Village, NY 11379

As of the petition filing date, the claim is: $ 4,053.20
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____
Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Sitrick And Company
1801 W. Olympic Blvd
Pasadena, CA 91109

As of the petition filing date, the claim is: $ 17,157.59
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____
Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Smashbox Studios
76 Calyer Street
Brooklyn, NY 11222

As of the petition filing date, the claim is: $ 5,542.83
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____
Is the claim subject to offset?
- ☒ No
- ☐ Yes


American LegalNet, Inc.

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 989.08 |
|---|---|---|---|---|

**3.71** Nonpriority creditor's name and mailing address

Sophie Hallette
2 Rue Alfred Melayers
B.P 80082, France

As of the petition filing date, the claim is: $ 989.08

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:
Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.72** Nonpriority creditor's name and mailing address

State Artist Management
525 Seventh Avenue
Suite 904
New York, NY 10018

As of the petition filing date, the claim is: $ 960.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.73** Nonpriority creditor's name and mailing address

Stevens & Ricci, Inc
7739 E Broadway Blvd
Suite 220
Tucson, AZ 85710

As of the petition filing date, the claim is: $ 67.19

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.74** Nonpriority creditor's name and mailing address

Textile Gloria Ltd.
Hashoner 8 Street
Tel-Aviv, Israel

As of the petition filing date, the claim is: $ 15,826.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___


American LegalNet, Inc.

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,743.50 |

**3.75** Nonpriority creditor's name and mailing address

Textiles C & J, Inc.
230 West 38th Street
Floor 7
New York, NY 10018

As of the petition filing date, the claim is:
$ 2,743.50

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

The Cit Group/Commercial Services Inc.
201 S Tyron Street
Charlotte, NC 28202

As of the petition filing date, the claim is:
$ 166.58

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address

V.C Limited
5065 Rebecca Fell Dr
Doylestown, PA 18902

As of the petition filing date, the claim is:
$ 12,257.42

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Wageworks Inc
4609 Regent Blvd
Irving, TX 75063

As of the petition filing date, the claim is:
$ 812.05

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

American LegalNet, Inc.

**3.79** Nonpriority creditor's name and mailing address

Wasser Brettler Klar & Lipsteinn
39 Broadway
Suite 640
New York, NY 10006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  $ 7,800.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

W.B. Mason Co., Inc.
59 Centre St.
Brockton, MA 02301-4014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  $ 107.36

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Weinberg Law PLLC
66 Old Westbury Road
Old Westbury, NY 11568

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  $ 95,550.00

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address

Windstream Enterprise
P.O. Box 9001013
Louisville, KY 40290-1013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  $ 24,378.02

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes


American LegalNet, Inc.

**3.83** | Nonpriority creditor's name and mailing address

Women Management
199 Lafayette Street
Floor 7
New York, NY 10012

As of the petition filing date, the claim is: $ 3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

Xeno Media
2325 Dean Street
Suite 800G
St Charles, IL 60175

As of the petition filing date, the claim is: $ 16,056.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address

Yirae Fashions Inc
242 West 36th Street
Suite 503
New York, NY 10018

As of the petition filing date, the claim is: $ 39,302.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

YKKA, Inc
P.O. Box 100181
Atlanta, GA 30384

As of the petition filing date, the claim is: $ 2,383.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

 American LegalNet, Inc.

3.87 **Nonpriority creditor's name and mailing address**

Zahrah International, NJ, Inc.
12 Olsen Court
Kendall Park, NJ 08824

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $ 2,167.75

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

American LegalNet, Inc.

| Debtor | JLM COUTURE, INC. | Case number (*if known*) | 23-11659 (JKS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 3:</b></td><td><b>List Others to Be Notified About Unsecured Claims</b></td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Richard S. Sharan, Esq.<br>Pollack & Sharan, LLP<br>151 Maiden Ln., Suite 1400, New York, NY 10038 | Line 3.54<br>☐ Not listed. Explain Counsel | __ __ __ __ |
| 4.2. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.4. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 41. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.5. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.6 | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.7. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.8. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.9. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.10. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.11. | | Line_____<br>☐ Not listed. Explain | __ __ __ __ |

American LegalNet, Inc.

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a.<br>$ | 27,995.34 |
| 5b. **Total claims from Part 2** | 5b. **+**<br>$ | 1,692,075.17 |
| 5c. **Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c | $  1,720,070.51 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.

Fill in this information to identify the case:

Debtor name __JLM COUTURE, INC.__

United States Bankruptcy Court for the: _____    District of __DE__
                                                              (State)
Case number (If known): __23-11659 (JKS)__    Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Joseph Murphy |
| | | | (Address on File) |
| | State the term remaining | 2 Months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Allison Webb |
| | | | (Address on File) |
| | State the term remaining | 13 Months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Hayley Gutman |
| | | | c/o Haynes And Boone, LLP |
| | State the term remaining | Expired 8/1/22 (ongoing residual obligations remain) | 30 Rockefeller Plaza, 26th Floor |
| | List the contract number of any government contract | | New York, NY 10112 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Francesca Pitera |
| | | | (Address on File) |
| | State the term remaining | Expired 8/25/23 (ongoing residual obligations remain) | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Lazaro Perez |
| | | | (Address on File) |
| | State the term remaining | Expired 6/20/23 (ongoing residual obligations remain) | |
| | List the contract number of any government contract | | |



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | JLM COUTURE, INC. | Case number *(if known)* 23-11659 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

| **State what the contract or lease is for and the nature of the debtor's interest** | Software Licensing, Service, Annual Enhacement & Support Agreement | Exenta Inc.<br>P.O. Box 743722<br>Atlanta, GA 30374 |
|---|---|---|
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2._**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |



American LegalNet, Inc.
www.FormsWorkFlow.com

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name **JLM COUTURE, INC.**

United States Bankruptcy Court for the: _____ District of **DE**
_____(State)_____

Case number *(If known):* **23-11659 (JKS)**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/16/2023**          ✗ **/s/ Joseph L. Murphy**
_____MM / DD / YYYY_____          Signature of individual signing on behalf of debtor

**Joseph L. Murphy**
Printed name

**President & CEO**
Position or relationship to debtor


American LegalNet, Inc.
www.FormsWorkFlow.com