**Fill in this information to identify the case:**

Debtor name    JLM Couture, Inc.

United States Bankruptcy Court for the: _____ District of   DE

Case number (If known):   23-11659 (JKS)     (State)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 10/31/22 <br> MM / DD / YYYY   to   Filing date | ☒ Operating a business<br>☐ Other _____ | $6,500,000 |
| **For prior year:**   From 10/31/21 <br> MM / DD / YYYY   to   10/30/22 <br> MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 10,086,922 |
| **For the year before that:**   From 10/31/20 <br> MM / DD / YYYY   to   10/30/21 <br> MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 12,919,917 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From _____ <br> MM / DD / YYYY   to   Filing date | _____ | $_____ |
| **For prior year:**   From _____ <br> MM / DD / YYYY   to   _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:**   From _____ <br> MM / DD / YYYY   to   _____ <br> MM / DD / YYYY | _____ | $_____ |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  SEE EXHIBIT 3, ATTACHED.<br>Creditor's name<br><br>Street<br><br>City                State      ZIP Code | _____ <br> _____ <br><br> _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  <br>Creditor's name<br><br>Street<br><br>City                State      ZIP Code | <br> _____ <br><br> _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  <br>Insider's name     SEE EXHIBIT 4, ATTACHED.<br><br>Street<br><br>City                State      ZIP Code<br><br>**Relationship to debtor**<br> | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |
| 4.2.  <br>Insider's name<br><br>Street<br><br>City                State      ZIP Code<br><br>**Relationship to debtor**<br> | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City              State       ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City              State       ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City        State       ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | JLM Couture, Inc. v. Gutman | Breach of contract | US District Court, S.D.N.Y | ☒ Pending |
| | **Case number** | | Name  500 Pearl St. | ☐ On appeal |
| | 20 CV 10575-LTS-SLC | | Street  New York, NY 10007-1312 | ☐ Concluded |
| | | | City        State       ZIP Code | |
| | **Case title** | | **Court or agency's name and address** | |
| 7.2. | JLJ Bricken, LLC v. JLM Couture, Inc. | Landlord/Tenant | Civil Court of the City of New York | ☒ Pending |
| | **Case number** | | Name  111 Centre Street | ☐ On appeal |
| | 314768/23 | | Street  New York, NY 10013 | ☐ Concluded |
| | | | City        State       ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City          State          ZIP Code | Case number | Street |
| | | City          State          ZIP Code |
| | Date of order or assignment | |

---

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. USA for UNHCR | Cash | 6/19/22 | $ 1,500.00 |
| Recipient's name | | | |
| 1310 L Street NW, Suite 450 | | | |
| Street | | | |
| Washington, DC 20005 | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| None. | | | |
| 9.2. | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

| Debtor | JLM Couture, Inc. | Case number (if known) | 23-11659 (JKS) |
|--------|----------|------|------|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--|--------------------------------------------|--------------------------------------------------|-------|-----------------------|
| 11.1. | Cross & Simon, LLC | | 6/8/2023 | $ 10,000.00 |
|  | **Address** | | | |
|  | 1105 N. Market St., Suite 901 | | | |
|  | Street | | | |
|  | Wilmington, DE 19801 | | | |
|  | City          State     ZIP Code | | | |
|  | **Email or website address** | | | |
|  | www.crosslaw.com | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--|--------------------------------------------|--------------------------------------------------|-------|-----------------------|
| 11.2. |  | | | $ |
|  | **Address** | | | |
|  | Street | | | |
|  | City          State     ZIP Code | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|
|  | | | $ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____   $_____

      **Address**       _____

      Street

      City      State    ZIP Code

      **Relationship to debtor**

13.2. _____    _____    _____   $_____

      **Who received transfer?**

      **Address**

      Street

      City      State    ZIP Code

      **Relationship to debtor**

---

**Part 7:**    **Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____     From _____   To _____

      Street

      City      State    ZIP Code

14.2. _____     From _____   To _____

      Street

      City      State    ZIP Code

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City   State   ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City   State   ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Israel Discount Bank of New York <br> Name <br> 1114 6th Ave <br> Street <br> New York, NY 10110 <br> City   State   ZIP Code | XXXX– 3 2 2 1 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 1/17/2023 | $ 19,309.97 |
| 18.2. | Name <br> Street <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br> Street <br> City   State   ZIP Code | | | ☐ No <br> ☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Affordable Self Storage <br> Name <br> 1337 NJ-179 <br> Street <br> Lambertsville, NJ 08530 <br> City   State   ZIP Code | Joseph Murphy | Various office furniture, equipment and accounting files | ☐ No <br> ☒ Yes |
| | Address | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | JLM North America, Inc.<br>Name<br>225 W. 37th Street<br>Street<br>New York, NY 10018<br>City          State          ZIP Code | Solely owned subsidiary of Debtor | EIN: 4  5 – 2  7  7  8  1  6  8<br>**Dates business existed**<br>From _____   To _____ |
| 25.2. | JLM UK<br>Name<br>225 W. 37th Street<br>Street<br>New York, NY 10018<br>City          State          ZIP Code | Solely owned subsidiary of Debtor | EIN: 3  7 – 8  4  8  6  4 __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Grassi Advisors & Accountants | From _2021_ To _Present_ |
| Name          50 Jericho Quadrangle | |
| Street          Jericho, NY 11753 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Name     Joseph L. Murphy | |
| Street     225 W. 37th Street, 5th Fl. | |
| New York, NY 10018 | |
| City          State          ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Name** Grassi Advisors & Accountants | |
| **Street** 50 Jericho Quadrangle | |
| Jericho, NY 11753 | |
| **City**                  **State**        **ZIP Code** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Name** Merchant Financial Corporation |
| 1441 Broadway |
| **Street** |
| New York, NY 10018 |
| **City**                  **State**        **ZIP Code** |

| Name and address |
|---|
| 26d.2. **Name** Asset Enhancement Solutions |
| 405 RXR Plaza |
| **Street** |
| Uniondale, NY 11556 |
| **City**                  **State**        **ZIP Code** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joseph Murphy | 7/31/23 | $ 1,101,028 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Name** Joseph Murphy |
| 225 W. 37th St., 5th Fl., New York, NY 10018 |
| **Street** |
| **City**                  **State**        **ZIP Code** |

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2.

Name

Street

City      State    ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph L. Murphy | 225 W. 37th St., 5th Fl., New York, NY 10018 | President & CEO | 64% |
| Jennifer Ricketts | 225 W. 37th St., 5th Fl., New York, NY 10018 | COO | 0% |
| Elke Diedrich | 225 W. 37th St., 5th Fl., New York, NY 10018 | VP | 0% |
| Keith Cannon | 225 W. 37th St., 5th Fl., New York, NY 10018 | Director | 0% |
| John Menzelos | 225 W. 37th St., 5th Fl., New York, NY 10018 | Director | 0% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Carrie Crigler | Unknown | CRO | From 2016 To 2023 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Name    SEE EXHIBIT 4, ATTACHED. | _____ | _____ | _____ |
| Street | | _____ | |
| City    State    ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| | | _____ | |

| 30.2 | **Name and address of recipient** | | | | _____ | _____ | _____ |
|---|---|---|---|---|---|---|---|
| | _____ | | | | | _____ | |
| | Name | | | | | _____ | |
| | _____ | | | | | _____ | |
| | Street | | | | | | |
| | _____ | | | | | | |
| | _____ | | | | | _____ | |
| | City | State | ZIP Code | | | | |
| | **Relationship to debtor** | | | | | _____ | |
| | _____ | | | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/16/2023___
                    MM  /  DD  / YYYY

✗ ___/s/ Joseph L. Murphy_____          Printed name ___Joseph L. Murphy_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___President & CEO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐  No
☒  Yes

# Exhibit 3 to Statement of Financial Affairs

| Creditor Name | Amount | Date |
|---|---|---|
| Adelman Matz P.C. | $10,000.00 | 7/5/2023 |
| Adelman Matz P.C. | $10,000.00 | 7/12/2023 |
| Adelman Matz P.C. | $10,000.00 | 7/19/2023 |
| Adelman Matz P.C. | $10,000.00 | 7/26/2023 |
| Adelman Matz P.C. | $5,000.00 | 8/2/2023 |
| Adelman Matz P.C. | $10,000.00 | 8/9/2023 |
| Adelman Matz P.C. | $10,000.00 | 8/16/2023 |
| Adelman Matz P.C. | $10,000.00 | 8/24/2023 |
| Adelman Matz P.C. | $5,000.00 | 8/30/2023 |
| Adelman Matz P.C. | $5,000.00 | 9/18/2023 |
| ALLISON WEBB | $308.91 | 7/6/2023 |
| ALLISON WEBB | $77.75 | 8/8/2023 |
| AMERICAN SEWING SUPPLY | $1,000.00 | 8/8/2023 |
| AMERICAN SEWING SUPPLY | $500.00 | 8/23/2023 |
| AMERICAN SEWING SUPPLY | $5,000.00 | 9/6/2023 |
| ARTVALE | $1,000.00 | 7/19/2023 |
| ARTVALE | $2,000.00 | 7/31/2023 |
| ARTVALE | $500.00 | 8/22/2023 |
| Attentive Mobile Inc | $1,148.64 | 7/20/2023 |
| Attentive Mobile Inc | $1,146.76 | 8/18/2023 |
| Attract Research | $2,300.00 | 7/27/2023 |
| Attract Research | $2,285.00 | 8/17/2023 |
| Authnet Gateway | $86.25 | 7/5/2023 |
| Authnet Gateway | $79.20 | 8/2/2023 |
| Authnet Gateway | $89.45 | 9/5/2023 |
| B & R Fabrics LLC | $1,500.00 | 7/19/2023 |
| B & R Fabrics LLC | $1,000.00 | 8/8/2023 |
| BLUE STAR SILK | $2,000.00 | 7/18/2023 |
| BLUE STAR SILK | $1,000.00 | 8/8/2023 |
| BLUE STAR SILK | $500.00 | 8/22/2023 |
| BLUE STAR SILK | $1,000.00 | 9/28/2023 |
| BRIGHTHOUSE FINANCIAL | $576.62 | 8/1/2023 |
| BRIGHTHOUSE FINANCIAL | $576.62 | 9/1/2023 |
| BRIGHTHOUSE FINANCIAL | $576.62 | 10/2/2023 |
| CHAOZHOU YADA EMBROIDERY GARMENT INDUSTRIAL CO. | $3,216.75 | 9/1/2023 |
| City Button INC. | $576.00 | 7/24/2023 |
| COMPUTERSHARE, INC. | $1,672.67 | 7/26/2023 |
| Create A Marker, Inc | $2,037.00 | 7/6/2023 |
| Create A Marker, Inc | $1,266.00 | 7/13/2023 |
| Create A Marker, Inc | $2,517.50 | 7/20/2023 |
| Create A Marker, Inc | $1,073.00 | 7/27/2023 |
| Create A Marker, Inc | $1,295.00 | 8/3/2023 |
| Create A Marker, Inc | $1,376.00 | 8/10/2023 |
| Create A Marker, Inc | $1,903.00 | 8/17/2023 |
| Create A Marker, Inc | $688.00 | 8/23/2023 |
| Create A Marker, Inc | $1,102.00 | 8/31/2023 |
| Create A Marker, Inc | $1,156.00 | 9/11/2023 |
| Cross and Simon, LLC | $2,475.00 | 8/15/2023 |
| Cross and Simon, LLC | $9,467.21 | 10/2/2023 |
| DHL Express -USA | $835.95 | 8/10/2023 |
| DHL Express -USA | $640.33 | 8/10/2023 |

| | | |
|---|---|---|
| Dick Bailey Services Inc | $750.00 | 7/20/2023 |
| Dick Bailey Services Inc | $750.00 | 7/27/2023 |
| Dick Bailey Services Inc | $750.00 | 8/3/2023 |
| Dick Bailey Services Inc | $750.00 | 8/10/2023 |
| Dick Bailey Services Inc | $750.00 | 8/17/2023 |
| Dick Bailey Services Inc | $737.12 | 8/23/2023 |
| Dick Bailey Services Inc | $646.96 | 8/31/2023 |
| Dick Bailey Services Inc | $750.00 | 9/11/2023 |
| Dick Bailey Services Inc | $750.00 | 9/15/2023 |
| Dick Bailey Services Inc | $750.00 | 9/26/2023 |
| Douglas Beck | $750.00 | 7/11/2023 |
| Douglas Beck | $750.00 | 7/19/2023 |
| DZINES TEX | $200.00 | 7/20/2023 |
| DZINES TEX | $100.00 | 7/27/2023 |
| DZINES TEX | $100.00 | 8/3/2023 |
| DZINES TEX | $100.00 | 8/10/2023 |
| DZINES TEX | $100.00 | 8/17/2023 |
| DZINES TEX | $100.00 | 8/23/2023 |
| DZINES TEX | $100.00 | 8/31/2023 |
| DZINES TEX | $100.00 | 9/11/2023 |
| DZINES TEX | $100.00 | 9/15/2023 |
| DZINES TEX | $100.00 | 9/26/2023 |
| Exenta Inc. | $10,000.00 | 9/8/2023 |
| FARMERS MARKET | $654.00 | 8/3/2023 |
| FARMERS MARKET | $654.00 | 9/5/2023 |
| FEDERAL EXPRESS | $8,577.18 | 7/10/2023 |
| FEDERAL EXPRESS | $8,704.46 | 7/17/2023 |
| FEDERAL EXPRESS | $8,950.73 | 7/25/2023 |
| FEDERAL EXPRESS | $8,618.01 | 7/31/2023 |
| FEDERAL EXPRESS | $3,064.62 | 8/7/2023 |
| FEDERAL EXPRESS | $4,077.27 | 8/10/2023 |
| FEDERAL EXPRESS | $2,678.33 | 8/16/2023 |
| FEDERAL EXPRESS | $5,440.58 | 8/17/2023 |
| FEDERAL EXPRESS | $4,558.49 | 8/28/2023 |
| FEDERAL EXPRESS | $7,833.61 | 9/11/2023 |
| FEDERAL EXPRESS | $13,738.96 | 9/28/2023 |
| FILCO CARTING CORP. | $1,638.84 | 8/31/2023 |
| FIRST BANKCARD CENTER | $2,000.00 | 7/7/2023 |
| FIRST BANKCARD CENTER | $250.00 | 7/19/2023 |
| FIRST BANKCARD CENTER | $2,250.00 | 7/19/2023 |
| FIRST BANKCARD CENTER | $500.00 | 7/25/2023 |
| FIRST BANKCARD CENTER | $3,000.00 | 7/25/2023 |
| FIRST BANKCARD CENTER | $2,000.00 | 8/2/2023 |
| FIRST BANKCARD CENTER | $3,000.00 | 8/4/2023 |
| FIRST BANKCARD CENTER | $2,000.00 | 8/9/2023 |
| FIRST BANKCARD CENTER | $500.00 | 8/17/2023 |
| FIRST BANKCARD CENTER | $1,500.00 | 8/17/2023 |
| FIRST BANKCARD CENTER | $4,750.00 | 8/22/2023 |
| FIRST BANKCARD CENTER | $250.00 | 8/22/2023 |
| FIRST BANKCARD CENTER | $4,000.00 | 9/8/2023 |
| FIRST BANKCARD CENTER | $1,101.16 | 9/22/2023 |
| FIRST BANKCARD CENTER | $2,163.57 | 9/22/2023 |
| FIRST BANKCARD CENTER | $11,735.27 | 9/22/2023 |
| FREEDOM DRESS FACTORY | $7,500.00 | 7/14/2023 |
| FREEDOM DRESS FACTORY | $10,000.00 | 9/1/2023 |

| | | |
|---|---|---|
| Grace Bunk | $2,500.00 | 7/10/2023 |
| Grace Bunk | $1,684.14 | 7/11/2023 |
| Grace Bunk | $2,500.00 | 7/18/2023 |
| Grace Bunk | $4,432.15 | 7/19/2023 |
| Grace Bunk | $2,500.00 | 8/1/2023 |
| Grace Bunk | $3,554.19 | 9/5/2023 |
| Grace Bunk | $2,500.00 | 9/11/2023 |
| Grace Bunk | $3,832.00 | 9/12/2023 |
| Grace Bunk | $5,458.13 | 9/18/2023 |
| Grace Qiu | $1,414.93 | 7/11/2023 |
| Grace Qiu | $1,392.86 | 8/10/2023 |
| GRASSI ADVISORS & ACCOUNTANTS | $5,000.00 | 7/13/2023 |
| GRASSI ADVISORS & ACCOUNTANTS | $5,000.00 | 8/2/2023 |
| GRASSI ADVISORS & ACCOUNTANTS | $3,600.00 | 8/30/2023 |
| GRASSI ADVISORS & ACCOUNTANTS | $2,180.00 | 9/20/2023 |
| GRASSI ADVISORS & ACCOUNTANTS | $2,200.00 | 9/29/2023 |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | $2,599.62 | 8/16/2023 |
| GUIDE FABRICS, INC. | $750.00 | 9/20/2023 |
| IPFS of New York, LLC | $4,843.60 | 7/10/2023 |
| IPFS of New York, LLC | $4,843.60 | 8/7/2023 |
| IPFS of New York, LLC | $5,085.53 | 9/18/2023 |
| IPFS of New York, LLC | $4,843.60 | 10/2/2023 |
| Jenson Logistics, Inc (NY) | $3,538.80 | 7/27/2023 |
| Jenson Logistics, Inc (NY) | $3,481.50 | 7/27/2023 |
| Jenson Logistics, Inc (NY) | $620.00 | 8/30/2023 |
| JOHN VECCHIARELLI | $399.18 | 8/7/2023 |
| K2 DISCOVERY | $1,250.00 | 7/11/2023 |
| K2 DISCOVERY | $1,250.00 | 7/18/2023 |
| KINHIN PRODUCTION | $9,172.00 | 7/6/2023 |
| KINHIN PRODUCTION | $11,703.00 | 7/13/2023 |
| KINHIN PRODUCTION | $13,924.00 | 7/20/2023 |
| KINHIN PRODUCTION | $13,357.00 | 7/27/2023 |
| KINHIN PRODUCTION | $11,211.00 | 8/3/2023 |
| KINHIN PRODUCTION | $10,373.00 | 8/10/2023 |
| KINHIN PRODUCTION | $11,733.00 | 8/17/2023 |
| KINHIN PRODUCTION | $12,690.00 | 8/23/2023 |
| KINHIN PRODUCTION | $8,791.00 | 8/31/2023 |
| KINHIN PRODUCTION | $14,587.00 | 9/11/2023 |
| KINHIN PRODUCTION | $11,435.00 | 9/15/2023 |
| KINHIN PRODUCTION | $15,042.00 | 9/26/2023 |
| KISS BRIDE CO., LTD | $6,083.90 | 7/17/2023 |
| KNT LTD | $7,500.00 | 7/10/2023 |
| KNT LTD | $7,500.00 | 7/17/2023 |
| KNT LTD | $7,500.00 | 7/24/2023 |
| KNT LTD | $7,500.00 | 8/1/2023 |
| KNT LTD | $7,500.00 | 8/8/2023 |
| KNT LTD | $7,500.00 | 8/15/2023 |
| KNT LTD | $15,000.00 | 9/25/2023 |
| M and S Schmalberg | $1,188.00 | 8/23/2023 |
| MAXX INV. LLC | $5,720.00 | 8/16/2023 |
| MERCEDES-BENZ FINANCIAL SERVICES | $705.79 | 8/23/2023 |
| MERCEDES-BENZ FINANCIAL SERVICES | $353.29 | 9/29/2023 |
| MERCHANT FINANCIAL CORPORATION | $30,000.00 | 8/9/2023 |
| MERCHANT FINANCIAL CORPORATION | $30,000.00 | 8/30/2023 |
| MERCHANT FINANCIAL CORPORATION | $10,000.00 | 9/8/2023 |

| | | |
|---|---|---|
| MERCHANT FINANCIAL CORPORATION | $34,033.47 | 9/14/2023 |
| MetLife | $627.38 | 8/1/2023 |
| MetLife | $87.50 | 8/1/2023 |
| MetLife | $87.50 | 9/1/2023 |
| MetLife | $627.38 | 9/1/2023 |
| MetLife | $87.50 | 10/2/2023 |
| MetLife | $627.38 | 10/2/2023 |
| MP Lincoln Park | $675.00 | 7/5/2023 |
| MP Lincoln Park | $675.00 | 8/4/2023 |
| MP Lincoln Park | $675.00 | 9/6/2023 |
| New Jersey Turnpike Authority | $375.00 | 7/17/2023 |
| New Jersey Turnpike Authority | $375.00 | 8/10/2023 |
| New Jersey Turnpike Authority | $375.00 | 9/11/2023 |
| New Jersey Turnpike Authority | $375.00 | 10/2/2023 |
| NEW YORK ATHLETIC CLUB | $359.82 | 7/24/2023 |
| NEW YORK ATHLETIC CLUB | $796.80 | 8/21/2023 |
| NEW YORK ATHLETIC CLUB | $144.08 | 9/18/2023 |
| NEW YORK ATHLETIC CLUB | $713.14 | 9/18/2023 |
| NEW YORK LAN COMMUNICATIONS | $1,501.98 | 7/11/2023 |
| NEW YORK LAN COMMUNICATIONS | $1,500.00 | 7/18/2023 |
| NEW YORK LAN COMMUNICATIONS | $1,500.00 | 8/1/2023 |
| NEW YORK LAN COMMUNICATIONS | $1,500.00 | 8/15/2023 |
| NEW YORK LAN COMMUNICATIONS | $1,500.00 | 10/2/2023 |
| NEW YORK STATE INSURANCE FUND | $1,505.17 | 8/29/2023 |
| Omnitrans | $1,627.76 | 8/8/2023 |
| ORIGINAL SALES | $4,305.00 | 8/9/2023 |
| ORIGINAL SALES | $150.00 | 9/28/2023 |
| OTC MARKET GROUP INC. | $5,760.00 | 8/24/2023 |
| OXFORD HEALTHCARE/UNITED HEALTHCARE | $20,013.92 | 7/28/2023 |
| OXFORD HEALTHCARE/UNITED HEALTHCARE | $17,069.68 | 8/23/2023 |
| OXFORD HEALTHCARE/UNITED HEALTHCARE | $18,541.80 | 9/29/2023 |
| PANDA INTERNATIONAL TRADING OF NY INC | $14.00 | 7/17/2023 |
| PANDA INTERNATIONAL TRADING OF NY INC | $150.00 | 8/4/2023 |
| PANDA INTERNATIONAL TRADING OF NY INC | $220.00 | 8/23/2023 |
| PENTEX | $20,000.00 | 8/28/2023 |
| PHILADELPHIA INSURANCE COMPANIES | $2,367.75 | 7/14/2023 |
| PHILADELPHIA INSURANCE COMPANIES | $2,407.75 | 8/16/2023 |
| PHILADELPHIA INSURANCE COMPANIES | $2,407.75 | 8/17/2023 |
| PHILADELPHIA INSURANCE COMPANIES | $2,372.75 | 8/22/2023 |
| PHILADELPHIA INSURANCE COMPANIES | $2,372.75 | 9/29/2023 |
| PHMG | $1,260.00 | 9/29/2023 |
| Pilot Fiber Inc. | $240.00 | 7/10/2023 |
| Pilot Fiber Inc. | $240.00 | 7/25/2023 |
| Pilot Fiber Inc. | $240.00 | 8/8/2023 |
| Pilot Fiber Inc. | $240.00 | 8/28/2023 |
| Pilot Fiber Inc. | $240.00 | 9/11/2023 |
| Pilot Fiber Inc. | $240.00 | 9/27/2023 |
| PRESIDENT INDUSTRIAL PRODUCTS, LLC. | $1,495.29 | 7/11/2023 |
| PRESIDENT INDUSTRIAL PRODUCTS, LLC. | $1,247.24 | 8/21/2023 |
| PRESIDENT INDUSTRIAL PRODUCTS, LLC. | $1,193.88 | 9/28/2023 |
| ReadyFreshWater | $141.02 | 9/28/2023 |
| REKA NY INC | $1,459.50 | 7/17/2023 |
| REKA NY INC | $2,407.35 | 9/18/2023 |
| RHEEVA EMBROIDERIES INC. | $2,000.00 | 7/20/2023 |
| RHEEVA EMBROIDERIES INC. | $5,000.00 | 8/18/2023 |

| | | |
|---|---|---|
| SBA LOAN | $731.00 | 7/17/2023 |
| SBA LOAN | $731.00 | 8/15/2023 |
| SBA LOAN | $731.00 | 9/15/2023 |
| Sean Bride (XiaMen) Co; LTD | $2,832.00 | 7/6/2023 |
| Sean Bride (XiaMen) Co; LTD | $2,842.00 | 7/13/2023 |
| Sean Bride (XiaMen) Co; LTD | $1,762.00 | 7/27/2023 |
| Sean Bride (XiaMen) Co; LTD | $3,788.00 | 8/11/2023 |
| Sean Bride (XiaMen) Co; LTD | $7,447.50 | 9/7/2023 |
| Sean Bride (XiaMen) Co; LTD | $10,584.00 | 9/19/2023 |
| Select Miami, Inc | $2,208.63 | 7/6/2023 |
| Shopify | $16.46 | 7/31/2023 |
| Shopify | $416.87 | 8/21/2023 |
| Shopify | $87.51 | 9/25/2023 |
| Shopify | $1,219.54 | 9/27/2023 |
| SITRICK AND COMPANY | $1,500.00 | 7/7/2023 |
| SITRICK AND COMPANY | $1,500.00 | 7/21/2023 |
| SITRICK AND COMPANY | $1,500.00 | 7/28/2023 |
| THE HARTFORD FIRE INSURANCE | $4,183.64 | 8/24/2023 |
| THE HARTFORD FIRE INSURANCE | $6,703.43 | 9/1/2023 |
| The Knot Worldwide | $1,830.58 | 7/7/2023 |
| TRUE, INC. DBA TRUE MODEL MANAGEMENT | $1,281.00 | 7/27/2023 |
| TRUE, INC. DBA TRUE MODEL MANAGEMENT | $278.46 | 8/21/2023 |
| TRUE, INC. DBA TRUE MODEL MANAGEMENT | $500.00 | 8/23/2023 |
| Union Square Couture | $8,100.00 | 7/17/2023 |
| V.C LIMITED | $1,500.00 | 7/11/2023 |
| V.C LIMITED | $1,500.00 | 7/20/2023 |
| V.C LIMITED | $1,500.00 | 9/7/2023 |
| V.C LIMITED | $1,500.00 | 9/29/2023 |
| V.C LIMITED | $1,500.00 | 10/2/2023 |
| VERIZON WIRELESS | $101.83 | 7/10/2023 |
| VERIZON WIRELESS | $411.93 | 7/10/2023 |
| VERIZON WIRELESS | $206.53 | 7/11/2023 |
| VERIZON WIRELESS | $113.62 | 8/8/2023 |
| VERIZON WIRELESS | $122.16 | 8/8/2023 |
| VERIZON WIRELESS | $172.82 | 8/9/2023 |
| VERIZON WIRELESS | $122.16 | 9/8/2023 |
| VERIZON WIRELESS | $133.64 | 9/8/2023 |
| VERIZON WIRELESS | $446.00 | 9/11/2023 |
| WASSER BRETTLER KLAR & LIPSTEINN | $3,500.00 | 8/3/2023 |
| WASSER BRETTLER KLAR & LIPSTEINN | $3,500.00 | 9/6/2023 |
| WASSER BRETTLER KLAR & LIPSTEINN | $3,500.00 | 9/29/2023 |
| WASSER BRETTLER KLAR & LIPSTEINN | $1,500.00 | 10/2/2023 |
| Webnet Solutions | $998.56 | 9/29/2023 |
| Webnet Solutions | $465.70 | 9/29/2023 |
| WEINBERG LAW PLLC | $1,500.00 | 7/27/2023 |
| WEINBERG LAW PLLC | $1,500.00 | 7/27/2023 |
| WEINBERG LAW PLLC | $1,500.00 | 9/1/2023 |
| WEINBERG LAW PLLC | $1,375.00 | 9/11/2023 |
| WEINBERG LAW PLLC | $825.00 | 9/19/2023 |
| WEINBERG LAW PLLC | $625.00 | 9/22/2023 |
| WEINBERG LAW PLLC | $625.00 | 9/29/2023 |
| XENO MEDIA | $2,500.00 | 7/27/2023 |
| XENO MEDIA | $5,000.00 | 8/23/2023 |
| YIRAE FASHIONS INC | $5,000.00 | 7/20/2023 |
| YIRAE FASHIONS INC | $4,827.50 | 7/24/2023 |

| | | |
|---|---|---|
| YIRAE FASHIONS INC | $2,268.00 | 8/8/2023 |
| YIRAE FASHIONS INC | $5,356.00 | 8/15/2023 |
| YIRAE FASHIONS INC | $5,256.20 | 9/8/2023 |
| YIRAE FASHIONS INC | $5,000.00 | 9/26/2023 |
| ZAHRAH INTERNATIONAL NJ, INC. | $4,000.00 | 7/24/2023 |
| ZAHRAH INTERNATIONAL NJ, INC. | $2,600.00 | 8/7/2023 |
| ZAHRAH INTERNATIONAL NJ, INC. | $1,905.00 | 8/10/2023 |
| ZAHRAH INTERNATIONAL NJ, INC. | $3,645.00 | 9/21/2023 |
| ZAHRAH INTERNATIONAL NJ, INC. | $2,642.00 | 10/2/2023 |
| | | |

# EXHIBIT 4 TO STATEMENT OF FINANCIAL AFFAIRS

Insider's name:  Crigler, Carrie

Address: [ADDRESS ON FILE]

Payment dates:  10/2/22 – 9/15/23

Total amount:  $115,264.61

Reason for payments:  Payroll and expense reimbursements

Relationship to Debtor:  Officer

---

Insider's name:  Diedrich, Elke

Address:  225 W. 37th Street, 5th Floor, New York, NY 10023

Payment dates:  10/2/22 – 10/2/23

Total amount:  $99,113.02

Reason for payments:  Payroll

Relationship to Debtor:  Officer

---

Insider's name:  Murphy, Joseph

Address:  225 W. 37th Street, 5th Floor, New York, NY 10023

Payment dates:  10/2/22 – 10/2/23

Total amount:  $508,847.62

Reason for payments:  Payroll and expense reimbursements

Relationship to Debtor:  Officer

---

Insider's name:  Murphy, Kevin

Address:  225 W. 37th Street, 5th Floor, New York, NY 10023

Payment dates: 10/2/22 – 10/2/23

Total amount:  $154,873.49

Reason for payments:  Payroll and expense reimbursements

Relationship to Debtor:  Relative of officer

Insider's name:  Ricketts, Jennifer

Address:  225 W. 37th Street, 5th Floor, New York, NY 10023

Payment dates: 10/2/22 – 10/2/23

Total amount:  $180,383.43

Reason for payments:  Payroll and expense reimbursements

Relationship to Debtor:  Officer