UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: JLM COUTURE, INC.

Case No.: 23-11659 (JKS)

Chapter: 11 (Small Business Subchapter V)

Judge: J. Kate Stickles

# SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: October 2, 2023

Subchapter V Trustee: William Homony

Has the debtor attended an initial debtor interview? Yes [X] No [ ]

If no, please explain:

Has the trustee concluded the 341 meeting? Yes [X] No [ ]

If no, please explain:

Has the debtor filed all postpetition financial reports? Yes [X] No [ ]

If no, please explain:

Has the debtor filed all monthly operating reports? Yes [ ] No [X]

If no, please explain: The first monthly operating report is due November 20, 2023.

Is all relevant insurance in place and current? Yes [X] No [ ]

If no, please explain:

Has the debtor filed all applicable tax returns?  Yes [X]   No [ ]

    If no, please explain:
    _____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes [X]   No [ ]

    If no, please explain:
    _____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

  The Debtor has begun preparing its plan of reorganization and is negotiating with certain of its major creditors.

Other relevant information:

Note: **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the Subchapter V Trustee and all parties in interest.

Date: 11/7/23          /s/ Joseph Murphy
                                     Debtor, by Joseph Murphy, CEO/President

Date: _____      _____
                                       Joint Debtor