# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON NOVEMBER 21, 2023 AT 10:00 A.M. (ET)</u>**

**THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. COURTCALL WILL NOT BE USED FOR THIS HEARING. THE COURT IS ASKING ALL PARTIES TO REGISTER THEIR ZOOM APPEARANCE NO LATER THAN NOVEMBER 20, 2023 AT 4:00 P.M. (ET) AT THE PROVIDED LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJIsd-qrpzsvHcqd11DdkZKHzQq4XI81TgQ

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**Topic: JLM Couture, Inc./23-11659 (JKS)
Time: November 21, 2023 at 10:00 A.M. Eastern Time (US and Canada)**

<u>**STATUS CONFERENCE:**</u>

1. Order Setting Status Conference [D.I. 50, Entered 10/19/23].

    <u>Related Pleadings</u>:

    A. Subchapter V Status Report [D.I. 79, Filed 11/7/2023].

    <u>Objection Deadline</u>: None.

    <u>Objections/Responses</u>: None.

    <u>Status</u>: This matter is going forward as a status conference.

Dated: November 17, 2023

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
kmann@crosslaw.com

*Counsel to the Debtor and*
*Debtor in Possession*