## <u>CERTIFICATE OF SERVICE</u>

I, Kevin S. Mann, hereby certify that on November 17, 2023, a true and correct copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on November 21, 2023 at 10:00 a.m. (ET)* was served upon all interested parties via CM/ECF and upon the attached service list by first class mail.

_/s/ Kevin S. Mann_____
Kevin S. Mann (No. 4576)

| | |
|---|---|
| Olmstead Properties, Inc.<br>575 8th Avenue<br>New York, NY 10018 | New York Lan Communications<br>224 West 30th Street, Suite 1209<br>New York, NY 10001 |
| Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Yirae Fashions Inc<br>242 West 36th Street, Suite 503<br>New York, NY 10018 |
| Steven R. Schlesinger, Esq.<br>Sophia A. Perna-Plank, Esq.<br>Jaspan Schlesinger Narendran LLP<br>300 Garden City Plaza, 5th Floor<br>Garden City, New York 11530 | Kiss Bride Co., Ltd<br>3f #21-1 Sec 2 Zhongzheng E Rd<br>Tamsui Dist New Taipei City 25170, Taiwan |
| Pentex<br>7 Charcoal Rd<br>Norwalk, CT 06854 | Cision US Inc<br>300 S. Riverside Plaza<br>Chicago, IL 60606 |
| Exenta Inc.<br>P.O. Box 743722<br>Atlanta, GA 30374 | Windstream Enterprise<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 |

Knt Ltd
30/F Ew Intl Tower, 120-124 Texaco Road
Tsuen Wan N.T. China

Xeno Media
17 W 775 Butterfield Rd., Suite 103A
Oakbrook Terrace, IL 60181

NYC Dept. of Finance
59 Maiden Lane -28 Floor
New York, NY 10038

Textile Gloria Ltd.
Hashoner 8 Street
Tel-Aviv, Israel

Dick Bailey Services Inc
219 36th Street
Unit 25/Ground Floor
Brooklyn, NY 11232

DHL Express -USA
16592 Collections Center Drive
Chicago, IL 60693

Pryor Cashman LLP
7 Times Square
New York, NY 10036

REKA NY Inc.
315 W. 39th St., Studio 610
New York, NY 10018

Sitrick and Company
1801 W. Olympic Blvd
Pasadena, CA 91109

V.C. Limited
5065 Rebecca Fell Dr.
Doylestown, PA 18902

Office of The United States Trustee
Attn: Hannah J. McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801




William A. Homony, CIRA
Miller Coffey Tate LLP
1628 John F. Kennedy Boulevard, Suite 950
Philadelphia, PA 19103




U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155