Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>          Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS)<br><br>Re: Docket No. ____ |

## ORDER DISALLOWING OR MODIFYING CERTAIN CLAIMS
## (RE: FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS)

Upon the *First Omnibus Objection (Substantive) to Claims* (the "Objection")[1] filed by the above-captioned Debtor and Debtor-in-Possession, requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 disallowing the Disputed Claims listed on Exhibits A and B attached to this Order in full, or providing treatment as otherwise noted, all as more fully set forth in the Objection; and upon the Declaration of Joseph Murphy; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* entered by the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth

---

[1] Any capitalized but undefined terms shall have the meanings ascribed to such terms in the Objection.

in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtor's estate and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is sustained with respect to each of the Disputed Claims listed on Exhibits A and B attached hereto.

2. Each of the Contingent and Unliquidated Claims identified on Exhibit A attached hereto are hereby disallowed in full.

3. Each of the Reclassify Priority Claims identified on Exhibit B attached hereto are modified as set forth therein.

4. This Order is without prejudice to the Debtor's rights to amend, modify, or supplement the Objection, or to file additional substantive and non-substantive objections to each of the Disputed Claims and any other Claims asserted against the Debtor.

5. This Order does not affect any claims, rights, or remedies the Debtor has or may have against the claimants in respect of any amounts owed to the Debtor by any claimant or powers that may be afforded under any plan confirmed in these cases, the Bankruptcy Code, or otherwise.

6. The Debtor and the Clerk of the Court are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# Exhibit A

## Contingent and Unliquidated Claims

| Claimant | Claim No. | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| Hayley Paige Gutman | 9 | $71,000,000.00 | The claim is unliquidated and contingent upon the outcome of currently pending litigation in the United States District Court for the Southern District of New York (Case No. 1:20-cv-10575). |

# Exhibit B

**Reclassify Priority Claims**

| Claimant | Claim No. | Claim Amount | Claim Classification Status | Modified Classification Status | Reason For Reclassification |
|---|---|---|---|---|---|
| State Artist Management LLC | 7 | $1,440.00 | Priority | General Unsecured | According to the Debtor's books and records and documentation filed with the proof of claim, the claim is for services that do not qualify for priority under 11 U.S.C. § 507(a)(4). |