# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS)<br><br>Re: Docket No. \_\_\_\_ |

## ORDER DISALLOWING CERTAIN CLAIMS
## (RE: SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS)

Upon the *Second Omnibus Objection (Non-Substantive) to Claims* (the "Objection")[1] filed by the above-captioned Debtor and Debtor-in-Possession, requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 disallowing the Disputed Claims listed on Exhibits A attached to this Order in full, all as more fully set forth in the Objection; and upon the Declaration of Joseph Murphy; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* entered by the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause

---

[1] Any capitalized but undefined terms shall have the meanings ascribed to such terms in the Objection.

for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtor's estate and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is sustained with respect to each of the Disputed Claims listed on Exhibit A attached hereto.

2. Each of the Late Filed Claims identified on Exhibit A attached hereto are hereby disallowed in full.

3. This Order is without prejudice to the Debtor's rights to amend, modify, or supplement the Objection, or to file additional substantive and non-substantive objections to each of the Disputed Claims and any other Claims asserted against the Debtor.

4. This Order does not affect any claims, rights, or remedies the Debtor has or may have against the claimants in respect of any amounts owed to the Debtor by any claimant or powers that may be afforded under any plan confirmed in these cases, the Bankruptcy Code, or otherwise.

5. The Debtor and the Clerk of the Court are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# Exhibit A

## Late Filed Claims

| Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason For Disallowance |
|---|---|---|---|---|
| 525 Building Co., LLC | January 2, 2024 | 18 | $30,525.62 | Claim filed after the applicable bar date. |