# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>          Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS) |

### NOTICE OF FILING OF SUBCHAPTER V DEBTOR'S
### FIRST AMENDED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE THAT** on January 2, 2024, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed the *Subchapter V Debtor's Plan of Reorganization* [Docket No. 95] (the "Original Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE NOTICE FURTHER THAT** attached hereto as Exhibit 1 is the *Subchapter V Debtor's First Amended Plan of Reorganization* (as may be further supplemented, modified or amended, the "Plan").

**PLEASE TAKE NOTICE FURTHER THAT** attached hereto as Exhibit 2 is a blackline marked to show the changes that have been made to the Original Plan.

Dated: January 22, 2024        **CROSS & SIMON, LLC**

                                                         /s/ Kevin S. Mann
                                                         Kevin S. Mann (No. 4576)
                                                         1105 North Market Street, Suite 901
                                                         Wilmington, Delaware 19801
                                                         (302) 777-4200
                                                         kmann@crosslaw.com

                                                         *Counsel to the Debtor*