# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JLM COUTURE, INC., | Case No. 23-11659-JKS |
| Debtor. | Re: D.I. 109 |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 109

PLEASE TAKE NOTICE that the JLJ Bricken LLC hereby withdraw the *Notice of Filing of Exhibit A to Motion by Landlord for an Order: (A) Directing Immediate Payment of Post-petition Stipulated Damages Pursuant to 11 U.S.C. § 365(d)(3), (B) Allowing and Directing Immediate Payment of Stub Period Stipulated Damages Pursuant to § 503(b), and (C) Granting Relief from the Automatic Stay to Continue the Landlord-Tenant Action* [D.I. 109; filed 01/31/2024].

Dated: January 31, 2024
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
302-777-1111

*Counsel for JLJ Bricken LLC*