# EXHIBIT C

| | Projections vs Audit | Q2 2024 | Q3 2024 | Q4 2024 | Q1 2025 | Q2 2025 | Q3 2025 | Q4 2025 | Q1 2026 | Q2 2026 | Q3 2026 | Q4 2026 | Q1 2027 | Q2 2027 | TOTAL | | Audit | Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **AUDIT** | 1,084,800 | 1,451,200 | 1,543,600 | 1,998,200 | 1,702,500 | 1,702,500 | 2,408,900 | 1,719,828 | 1,956,500 | 1,960,800 | 2,196,096 | 1,811,700 | 2,061,000 | 23,597,624 | | 23,597,624 | (1,232,376) | Note 1: An audit of JLM's projected revenues through Q2 2027 is $23,597,624 not $24,830,000. A -$1,232,376 calculation error. |
| | **JLM PROJECTED REVENUE** | 1,200,000 | 1,600,000 | 1,700,000 | 1,650,000 | 1,875,000 | 1,875,000 | 2,100,000 | 1,892,000 | 2,150,000 | 2,150,000 | 2,408,000 | 1,980,000 | 2,250,000 | 24,830,000 | | | | |
| | *Wholesale Cash Collection* | 1,036,800 | 1,339,200 | 1,407,600 | 1,366,200 | 1,552,500 | 1,552,500 | 1,719,900 | 1,549,548 | 1,741,500 | 1,702,800 | 1,907,136 | 1,514,700 | 1,701,000 | 20,091,384 | | | | |
| | *Shopify Cash Collection* | 48,000 | 112,000 | 136,000 | 132,000 | 150,000 | 150,000 | 189,000 | 170,280 | 215,000 | 258,000 | 288,960 | 297,000 | 360,000 | 2,506,240 | | | | |
| Cas | | | | | | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | | | | | | |
| | Secured Lending (SBA) | | | | 500,000 | | | 500,000 | | | | | | | 1,000,000 | | (1,000,000) | | Note 2: Speculative loan with no source of repayment adjusted. |
| | Credit Card Payments | 1,931 | 1,931 | 1,931 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 2,146 | 27,255 | | | | |
| | Credit Card Processing | 10,800 | 14,400 | 15,300 | 16,500 | 18,750 | 18,750 | 21,000 | 18,920 | 21,500 | 21,500 | 24,080 | 19,800 | 22,500 | 243,800 | | | | |
| | Rent & Utilities | 21,600 | 28,800 | 30,600 | 33,000 | 37,500 | 37,500 | 42,000 | 37,840 | 43,000 | 43,000 | 48,160 | 39,600 | 45,000 | 487,600 | | | | |
| | Payroll | 51,300 | 30,780 | 30,780 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 34,200 | 454,860 | | | | |
| | Interest on debt | 356,484 | 356,484 | 365,485 | 396,094 | 396,094 | 396,094 | 406,224 | 413,416 | 413,416 | 413,416 | 423,428 | 425,819 | 425,819 | 5,188,131 | | | | |
| | | $ - | $ - | $ - | $ - | 18,199 | 18,199 | 18,199 | 36,398 | 36,398 | 36,398 | 36,398 | 36,398 | 36,398 | 272,987 | | | | |
| **PRODUCTION** | Cost of Goods Sold (Raw Materials, Direct Labor | 612,000 | 816,000 | 867,000 | 841,500 | 956,250 | 956,250 | 1,071,000 | 964,920 | 1,096,500 | 1,096,500 | 1,228,080 | 1,009,800 | 1,147,500 | 12,663,300 | 51% | 14,394,551 | (1,731,251) | Note 3: COGS normalized at 61% (JLM Historical Average) $1,731,251 additional expense. |
| | Exenta | 14,625 | 14,625 | 14,625 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 206,375 | | 14394551 | | |
| | Shipping | 60,000 | 80,000 | 85,000 | 82,500 | 93,750 | 93,750 | 105,000 | 94,600 | 107,500 | 107,500 | 120,400 | 99,000 | 112,500 | 1,241,500 | | | | |
| **FINANCIAL & LEGAL** | Auditor & Other Accounting Fees | 12,825 | 12,825 | 12,825 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 14,250 | 180,975 | | | | |
| | Lipsteinn | 6,300 | 6,300 | 6,300 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 88,900 | | | | |
| | Jenn Weinberg | 7,695 | 7,695 | 7,695 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 8,550 | 108,585 | | | | |
| | Adelman, Matz and other legal | 12,600 | 12,600 | 12,600 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 177,800 | | 1,000,000 | (822,200) | Note 4: Adjusted legal expenses |
| **INSURANCE** | Oxford Health Insurance | 19,417 | 19,417 | 19,417 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 21,574 | 273,993 | | | | |
| | NYSIF | 3,078 | 3,078 | 3,078 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 3,420 | 43,434 | | | | |
| | Hartford | 8,665 | 8,665 | 8,665 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 9,628 | 122,274 | | | | |
| | PHLY | 6,086 | 6,086 | 6,086 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 6,762 | 85,882 | | | | |
| | IPFS | 12,411 | 12,411 | 12,411 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 13,790 | 175,133 | | | | |
| | Guardian | 2,223 | 2,223 | 2,223 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 | 31,369 | | | | |
| | Xeno Media | 6,413 | 6,413 | 6,413 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 7,125 | 90,488 | | | | |
| | Shopify | 3,335 | 3,335 | 3,335 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 3,705 | 47,054 | | | | |
| | Amazon Web Services | 5,130 | 5,130 | 5,130 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 5,700 | 72,390 | | | | |
| | Marketing | $ - | $ - | $ - | 20,000 | 120,000 | 120,000 | 120,000 | 22,800 | 125,000 | 130,000 | 130,000 | 130,000 | 130,000 | 1,145,000 | | | | |
| | IT, Wifi, & Phone | 20,520 | 20,520 | 20,520 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 289,560 | | | | |
| | **Total Expense** | 1,255,438 | 1,469,718 | 1,537,418 | 1,582,964 | 1,833,913 | 1,833,913 | 1,976,664 | 1,879,465 | 2,036,685 | 2,041,685 | 2,203,905 | 1,953,788 | 2,113,088 | 23,718,643 | | 26,272,094 | Adjusted Total Expense | Note 5: Adjusted NOI |
| | | | | | | | | | | | | | | | | | | | |
| | **ENDING CASH BALANCE** | 29,362 | 10,844 | 17,026 | 432,262 | 300,849 | 169,436 | 601,672 | 442,035 | 361,850 | 280,965 | 273,156 | 131,068 | 78,981 | 78,981 | | | | Note 6: Available cash assumed $200,000 opening balance. Pursuant to JLM's perjections JLM runs out of cash Q1 of 2025 (before further adjustment of increased COGS). |
| | **DISPOSABLE INCOME/PRE-TAX** | (55,438) | 130,282 | 162,582 | 67,036 | 41,087 | 41,087 | 123,336 | 12,535 | 113,315 | 108,315 | 204,095 | 26,212 | 136,912 | 1,111,357 | | (3,674,470) | | |
| | | | | | | | | | | | | | | | | | | | |
| | **Audited NOI** | (170,638) | (18,518) | 6,182 | (84,764) | (131,413) | (131,413) | (67,764) | (159,637) | (80,185) | (80,885) | (7,809) | (142,088) | (52,088) | | | (3,674,470) | | |
| | **AUDIT AVAIL CASH** | 29,362 | 10,844 | 17,026 | (67,738) | (199,151) | (330,564) | (398,328) | (557,965) | (638,150) | (719,035) | (726,844) | (868,932) | (921,019) | | | (3,474,470) | | |

*Assumption: JLM enters Q2 2024 with $200,000 in cash*

Citation for JLM BK Projections:
-PDF: "US_BAN_DEB_1_23bk11659_d242498124e4559_Second_Amended_Chapter_11_Plan_Small_Business_Subc"

-Case 23-11659-JKS Doc 119 Filed 02/06/24
Exhibit B Pg 2-2