# EXHIBIT E

**JLM Historical Financials**

| INCOME STATEMENT | 2018 | 2019 | 2020 | 2021 | 2022 | | |
|---|---|---|---|---|---|---|---|
| Net Sales (TOP LINE) | 30,234,278 | 24,876,549 | 18,334,639 | 12,379,951 | 10,540,000 | -65% | Total 5 YR Sales Decline |
| Cost of Goods Sold | 16,737,294 | 14,892,009 | 11,773,600 | 7,935,087 | 6,290,000 | | |
| % COGS | 55% | 60% | 64% | 64% | 60% | 61% | AVG COG |
| Gross Profit | 13,496,984 | 9,984,540 | 6,561,039 | 4,444,864 | 4,250,000 | | |
| Selling, General & Administrative E | 11,875,694 | 11,246,792 | 7,761,218 | 8,411,179 | 7,720,000 | | |
| Operating Income/Loss | 1,621,290 | (1,262,252) | (1,200,179) | (3,966,315) | (3,470,000) | (8,277,456) | Total Loss |
| Other Income | 129,150 | - | (10,000) | | 29,780 | | |
| Interest Expense | 57,496 | 59,129 | 39,728 | 28,829 | 29,120 | | |
| Total Other Expense | 71,654 | 59,129 | 29,728 | 28,829 | (660) | | |
| Loss Before Income Tax | 1,692,944 | (1,321,381) | (1,229,907) | (3,995,144) | (3,469,340) | | |
| Income Tax Benefit | 799,044 | 319,575 | 386,652 | 352,000 | 6,690 | | |
| Discontinued Operations | | | | | (418,140) | | |
| Income from forgiveness of CARES loans | | | | 1,989,429 | - | | |
| Net Profit/Loss | 893,900 | (1,001,806) | (843,255) | (1,653,715) | (3,880,790) | | |

Citations for JLM historical financials:
**I. 2018:**
**A.**https://www.jlmcouture.com/sites/default/files/jlm-couture-consolidated-financial-report-103118.pdf
**II. 2019:**
**A.**https://www.jlmcouture.com/sites/default/files/annual_report_audited_10.31.19.pdf
**III. 2020:**
https://www.jlmcouture.com/sites/default/files/jlm_couture_inc-20_fs-final-secured.pdf
**IV. 2021:**
https://www.jlmcouture.com/sites/default/files/103121final_jlm_couture_inc_.pdf
**V. 2022:**
https://www.marketwatch.com/investing/stock/jlmcq/financials