**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 10, 2024 AT 11:00 A.M. (ET) BEFORE THE
HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM 6**

> **THIS PROCEEDING WILL BE CONDUCTED VIA ZOOM.**
>
> **Please refer to Judge Stickles' Chambers Procedures on the Court's website at www.deb.uscourts.gov for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**ADJOURNED MATTERS:**

1. Debtor's First Omnibus Objection (Substantive) to Claims [D.I. 98, Filed 1/17/2024].

    Objection Deadline:   February 1, 2024 at 4:00 p.m.  (extended to a date to be determined for Hayley Paige Gutman)

    Related Pleadings:

    A. Certification of Counsel Regarding First Omnibus Objection (Substantive) to Claims [D.I. 113, Filed 2/2/2024];

    B. Order Disallowing or Modifying Certain Claims (Re: First Omnibus Objection (Substantive) to Claims [D.I. 117, Entered 2/6/2024]; and

    C. Notice of Submission of Copies of Proofs of Claim Regarding First Omnibus Objection (Substantive) to Claims [D.I. 126, Filed 2/14/2024].

    Objections/Responses:  None.

Status:  This matter has been resolved in principle.  The Debtor will soon file a motion seeking approval of the parties' settlement.  As such, this matter is adjourned to a date to be determined.

2. [Corrected] Motion of Hayley Paige Gutman to Convert this Chapter 11 Case to A Case Proceeding Under Chapter 7 [D.I. 160, Filed 4/15/24].

   Objection Deadline:    April 30, 2024 at 4:00 p.m.

   Related Pleadings:

       A.    Notice of Hearing [D.I. 162, Filed 4/16/24]; and

       B.    Corrected Notice of Hearing [D.I. 164, Filed 4/17/24].

   Objections/Responses:

       A.    Joinder By JLJ Bricken LLC to Motion to Convert Chapter 11 Case to A Case Under Chapter 7 [D.I. 163, Filed 4/17/24]; and

       B.    Debtor's Objection to [Corrected] Motion of Hayley Paige Gutman to Convert This Chapter 11 Case to a Case Proceeding Under Chapter 7 [D.I. 167, Filed 4/30/24]

   Status:  This matter has been resolved in principle.  The Debtor will soon file a motion seeking approval of the parties' settlement.  As such, this matter is adjourned to a date to be determined.

**MATTERS GOING FORWARD:**

3. Status Conference.

   Related Pleadings:    None.

   Objection Deadline:    None.

   Objections/Responses:  None.

   Status:  This matter is going forward.

| | |
|---|---|
| Dated: May 8, 2024 | CROSS & SIMON, LLC |
| | */s/ Kevin S. Mann*  |
| | Kevin S. Mann (No. 4576) |
| | 1105 North Market Street, Suite 901 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 777-4200 |
| | kmann@crosslaw.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |