| JLM Couture, Inc. - 23-11659-JKS<br>5.17.24 | | | | | | |
|---|---|---|---|---|---|---|
| **First Name** | **Middle Name** | **Last Name** | **Firm** | **State** | **Rep** | **Via** |
| Rick | | Archer | | NY | Law360 | Audio Only |
| Clara | E | Geoghegan | Law360 | NY | | Audio Only |
| Zhao | | Liu | The Rosner Law Group LLC | DE | JLJ Bricken LLC | Video and Audio |
| Kevin | | Mann | Cross & Simon, LLC | DE | Debtor | Video and Audio |
| Hannah | J | McCollum | Office of the United States Trustee | DE | U.S. Trustee | Video and Audio |
| John | E | Silverman | JLJ Property Management | NY | JLJ Bricken LLC | Video and Audio |
| Vince | | Sullivan | Law360 | NY | | Audio Only |
| Ben | | Zigterman | Law360 | NY | | Audio Only |