**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JLM COUTURE, INC.,<br><br>                    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 9
FILED BY HALEY PAIGE GUTMAN**

Hayley Paige Gutman, hereby provides notice of withdrawal of her proof of claim (Claim No. 9-1), filed on November 6, 2023 against JLM Couture, Inc. in the above captioned action.

Date: May 28, 2024

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Ave. Ste. 700
Wilmington, DE 19801
Telephone: (302) 985-6004
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

140803288.1  1