**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS) |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that Hayley Paige Gutman, hereby withdraws the following documents:

- *Motion to Convert Chapter 11 Case to a Case Under Chapter 7. [D.I. 160, 162]*

- *Notice of Hearing [Corrected] to Motion to Convert Case to a Case Under Chapter 7 (D.I. 164]*

Date: May 28, 2024
      Wilmington, DE

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Ave. Ste. 700
Wilmington, DE 19801
Telephone: (302) 985-6004
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

*Counsel for Hayley Paige Gutman*

140806075.1    1