IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JLM COUTURE, INC.,<br><br>              Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 23-11659 (JKS)<br><br>**Re: Docket No. 282, 288** |

## CERTIFICATION OF COUNSEL REGARDING DISMISSAL OF CHAPTER 11 CASE

The undersigned hereby certifies as follows:

1. On July 21, 2025, the above-captioned Debtor filed the *Debtor's Motion for Entry of an Order (1) Dismissing the Debtor's Chapter 11 Case and (II) Granting Related Relief* [Docket No. 282] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On August 12, 2025, the Court entered the Order (I) Approving the Procedures for Dismissal of the Debtor's Chapter 11 Case; (II) Approving the Process for Final Professional Fees, and (III) Granting Related Relief [Docket No. 288] (the "Procedures Order").

3. Pursuant to the Procedures Order, the Debtor's professionals filed final fee application. As no objections were made to such final fee applications, the Court granted the relief requested therein. *See* Docket Nos. 293 and 295.

4. The undersigned hereby files this Certification requesting entry of an order, in the form attached as Exhibit A to the Procedures Order, dismissing the Chapter 11 Case. A copy of such proposed order (with relevant docket numbers added), is attached hereto as Exhibit 1.

5. The Debtor therefore respectfully requests that the Bankruptcy Court enter an order, substantially in the form attached hereto as Exhibit 1, dismissing the Debtor's Chapter 11 case, at its earliest convenience.

6. Counsel is available if the Court has any questions or concerns.

Dated: September 12, 2025
      Wilmington, Delaware

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
kmann@crosslaw.com

*Counsel to the Debtor*